**FILED**

JAN - 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR- 05 - 672 MHP |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DAVID HENDERSON, | ) | |
| Defendant. | ) | |

The defendant is ordered released to New Bridge Foundation to participate in its residential drug treatment program until further order of the Court. The defendant may leave the program for Court appearances and meetings with his attorney, and otherwise only with the permission of Pretrial Services and the administrators of New Bridge.

Dated: Jan 3, 2006

MARILYN HALL PATEL
United States District Court Judge

1